UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

NEUWA MARITIME CO., S.A,                    :

                  Plaintiff,             :              08 Civ. 4558 (GBD)
                             :

    - against -                              :              ECF CASE

                             :

OCEANIC PACIFIC LIMITED                     :

                 Defendant.            :
------------------------------------------------------------ X

## NOTICE OF VOLUNTARY DISMISSAL

        PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the

above-captioned matter be and hereby is voluntarily dismissed without prejudice and without

costs to any party pursuant to Fed. R. Civ. P. 41(a).

        The attachment is hereby vacated and the garnishees are directed to release any and all of

Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment

and Garnishment in accordance with the original wire transfer instructions.

Dated: August 4, 2008
       Southport, CT

                                 LENNON, MURPHY & LENNON, LLC
                                 Attorneys for Plaintiff
                                 NEUWA MARITIME CO., S.A.

        By:         *Anne C. LeVasseur*
                                 Patrick F. Lennon
                                 Anne C. LeVasseur
                                 The Graybar Building
                                 420 Lexington Avenue, Suite 300
                                 New York, NY  10170
                                 Phone (212) 490-6050
                                 Fax (212) 490-607
                                 pfl@lenmur.com
                                 acl@lenmur.com