```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: AUG - 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
NEUWA MARITIME CO., S.A,                :
                                        :
         Plaintiff,                     :        08 Civ. 4558 (GBD)
                                        :
    - against -                         :        ECF CASE
                                        :
OCEANIC PACIFIC LIMITED                 :
                                        :
         Defendant.                     :
------------------------------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

The attachment is hereby vacated and the garnishees are directed to release any and all of Defendant's funds restrained pursuant to the Ex Parte Order and Process of Maritime Attachment and Garnishment in accordance with the original wire transfer instructions.

Dated: August 4, 2008
       Southport, CT

                        LENNON, MURPHY & LENNON, LLC
                        Attorneys for Plaintiff
                        NEUWA MARITIME CO., S.A.

               By:      _____
                        Patrick F. Lennon
                        Anne C. LeVasseur
                        The Graybar Building
                        420 Lexington Avenue, Suite 300
                        New York, NY 10170
                        Phone (212) 490-6050
                        Fax (212) 490-607
                        pfl@lenmur.com
                        acl@lenmur.com

AUG 7 2008

HON. GEORGE B. DANIELS